United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| SANDRA YANIRA AMAYA DE ESCAMILLA,<br>　　"Petitioner," | §<br>§<br>§<br>§ |
| v. | §<br>§ |
| MARKWAYNE MULLIN, *et al., in their official capacities,*<br>　　"Respondents." | §<br>§<br>§<br>§<br>§ |

Civil Action No. 1:26-cv-00829

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Petitioner's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 2) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and MTRO no later than 14 days after service of the Petition and MTRO upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the MTRO (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

　　SIGNED this July 31, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rolando Olvera
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1 / 1