United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| SANDRA YANIRA AMAYA DE ESCAMILLA, <br>     "Petitioner," <br><br> v. <br><br> MARKWAYNE MULLIN, *et al.,* <br> *in their official capacities,* <br>     "Respondents." | § <br> § <br> § <br> § <br> § <br> §     Civil Action No. 1:26-cv-00829 <br> § <br> § <br> § <br> § |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 7). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the "Petition for Writ of Habeas Corpus" (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Petitioner's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 2) is further **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 4, 2026

_____
Rolando Olvera
United States District Judge

1 / 1